# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

United States of America )
)  Case No:  12 CR 226
v. )
)  Judge: Martha M. Pacold
Denis M. Joiner )

## ORDER

Telephonic motion hearing held on 5/11/2022.  Defendant's motion for early termination of supervised release [8] is granted, without objection.  Defendant's supervised release is hereby terminated satisfactorily.

(T: 0:15)

Date:  May 11, 2022                          /s/ Martha M. Pacold